UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61390-CIV-ZLOCH

BARBARA PERESS,

       Plaintiff,                    **DEFAULT FINAL JUDGMENT
                                              AS TO DEFENDANT
                                             PAUL H. WAND, M.D., P.A.**

vs.

PAUL H. WAND, M.D., &
PAUL H. WAND, M.D., P.A.,

       Defendants.
_____/

       THIS MATTER is before the Court upon Plaintiff Barbara Peress's Motion For Default Judgment Or In The Alternative To Strike (DE 17). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

       As demonstrated by the Returns of Service (DE Nos. 5 & 6), Defendants were served on September 10, 2008, with a copy of the Complaint and Summons filed herein. Both Defendants failed to file the appropriate motion or responsive pleading within the time prescribed by law, and Default was entered against them both. Thereafter, Defendant Paul H. Wand, M.D., made an appearance and filed an Answer purporting to be on behalf of himself and Paul H. Wand, M.D., P.A. As an individual, Wand thereby established his intention to litigate this case *pro se*. However, Defendant Paul H. Wand, M.D., P.A. has not made an appearance, since a corporation is not allowed to defend an action *pro se*. Palazzo v. Gulf Oil Corp.,

764 F.2d 1381, 1385 (11th Cir. 1985). Therefore, Defendant Paul H. Wand, M.D., will be allowed to defend this action and his Answer (DE 9) will be deemed timely filed. However, to the extent that his Answer seeks to represent Paul H. Wand, M.D., P.A., it will be stricken from the record.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Barbara B. Peress's Motion For Default Judgment Or In The Alternative To Strike (DE 17) be and the same is hereby **GRANTED** as to Defendant Paul H. Wand, M.D., P.A. as follows:

1. The Court has personal jurisdiction over the Parties hereto and the subject matter herein;

2. To the extent the Answer (DE 9) filed herein by Defendant Paul H. Want, M.D. purports to defend this action on behalf of Defendant Paul H. Wand, M.D., P.A., *pro se*, it be and the same is hereby **STRICKEN**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Barbara B. Peress and against Defendant Paul H. Wand, M.D., P.A.;

4. Plaintiff Barbara Peress does have and recover $771.00 for unpaid overtime, plus another $771.00 in liquidated damages, for a sub total of $1,542.00 from Defendant Paul H. Wand, M.D., P.A. In addition, Plaintiff does have and recover from said Defendant

$203.52 in unpaid wages, for a total recovery of $1,745.52. Accordingly, Plaintiff does have and recover from Defendant Paul H. Wand, M.D., P.A. $1,745.52 in damages, together with interest thereon at a rate of 1.24% per annum, for all of which let execution issue;

    5. In all other respects the instant Motion (DE 9) be and the same is hereby **DENIED**;

    6. The Court's prior Order (DE 8) be and the same is hereby **VACATED**, set aside, and of no further force and effect as to Defendant Paul H. Wand, M.D.; and

    7. Defendant Paul H. Wand, M.D.'s Answer (DE 9) is hereby deemed timely filed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _17th_ day of October, 2008.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel and Parties of Record